IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-168-D

| | | |
|---|---|---|
| JAMES W. HAMMOND, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| HENRY A. HARRIEL, | ) ) ) | |
| Defendant. | ) | |

The court has reviewed the government's motion to dismiss [D.E. 3] and supporting memorandum [D.E. 4]. The court also has reviewed defendant Henry Harriel's response [D.E. 6]. This court lacks subject matter jurisdiction over this action for the reasons stated in the government's memorandum. Accordingly, the government's motion to dismiss is GRANTED.

SO ORDERED. This 10 day of June 2009.

JAMES C. DEVER III
United States District Judge