AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES W. HAMMOND,<br>    Plaintiff,<br><br>v.<br><br>HENRY A. HARRIEL,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-168-D** |

**Decision by Court.**

   IT IS ORDERED AND ADJUDGED that the Government's Motion to Dismiss is ALLOWED.

   THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 10, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| James W. Hammond<br>P.O. Box 183<br>Cerro Gordo, NC 28430 | Tobin W. Lathan<br>Rm 800, 310 New Bern Ave.<br>Raleigh, NC 27601 |
| June 10, 2009<br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |